# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE E. LOPEZ MIRANDA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:25-cv-00601-ACA-NAD |
| UNITED STATES, et al., | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

On April 21, 2025, the magistrate judge granted Plaintiff Jose E. Lopez Miranda's application to proceed *in forma pauperis* and ordered Mr. Lopez Miranda to pay an initial partial filing fee, and to sign and return a prisoner consent form, both within thirty days. (Doc. 6). Mr. Lopez Miranda returned a signed prisoner consent form (doc. 7), but failed to pay his initial partial filing fee within the time permitted. On June 24, 2025, the magistrate judge again ordered Mr. Lopez Miranda to pay the initial partial filing fee and warned him that the failure to do so within fourteen days could result in the dismissal of this action for failure to prosecute. (Doc. 8).

When that time expired without Mr. Lopez Miranda paying the initial filing fee or otherwise responding to the court, the magistrate judge entered a report recommending that the court dismiss this action for failure to prosecute. (Doc. 9).

The magistrate judge advised Mr. Lopez Miranda of his right to file objections to the report and recommendation within fourteen days and of the consequences of failing to object. (*Id.* at 2–3). The deadline for objections has passed without receipt of any objections.

A party's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. The court therefore **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this August 26, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE